John D. Stem, Respondent, v. Benjamin V. W. Owens, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Louis Bossert and John Bossert, Respondents, v. Le Shen Realty Company, Appellant, Impleaded with Others, Defendants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John P. Gray, an Infant, by John Stetz, His Guardian ad Litem, Respondent, v. Waterbury Company, Appellant.— Judgment and order unanimously affirmed, with costs.. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Emma Hanus, Respondent, v. Charles A. Cyphers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Madeline J. Hobbs, Respondent, v. R. A. Mansfield Hobbs, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Madeline J. Hobbs, Respondent, v. R. A. Mansfield Hobbs, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of the City of New York for a Writ of Certiorari to Richard Michell and Others, as Assessors of the Town of Southeast, County of Putnam, State of New York. Assessment for 1905.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred,

Marie Lewicki, as Administratrix, etc., of Joseph Lewicki, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Carr and Woodward, JJ., concurred; Thomas, J., voted to reverse, unless plaintiff stipulate to reduce the amount of the recovery to the sum of $15,000.

Joseph Masel, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county reversed, and new trial ordered, costs to abide the event, on the ground that the evidence does not establish negligence on the part of defendant, or freedom from contributory negligence on the part of plaintiff. Jenks, P. J., Burr and Woodward, JJ., concurred; Hirschberg and Rich, JJ., voted for affirmance.

James McMail, Respondent, v. Interstate Lighterage and Transportation Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Gustav Meyer, Respondent, v. Samuel S. Ruston, Appellant.—Interlocutory judgment affirmed by default, with costs. Jenks, P. J., Thomas Carr, Woodward and Rich, JJ., concurred.

William Mullahey, Respondent, v. Dravo Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr and Rich, JJ., concurred; Jenks, P. J., and Woodward, J., dissented.